UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 2 8 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| SIOBHAN M. ESPOSITO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-0121(JDB) |
| ) | |
| DEPARTMENT OF THE ARMY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF SETTLEMENT AND DISMISSAL

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. The parties do hereby agree to settle, compromise, and dismiss the above-entitled action under the terms and conditions set forth herein.

2. Upon approval of this settlement agreement by the court, the Defendants will within three business days hand deliver or mail via Federal Express to Plaintiff's counsel, Mr. Eugene R. Fidell or a representative of his firm at offices located at 1129 20th Street N.W., 4th Floor, Washington, D.C. 20036, a compact disc (CD) containing a digital transcript of the audiotape of all open sessions, including UCMJ Article 39a sessions, of the court-martial trial of <u>United States v. Staff Sergeant Alberto B. Martinez</u>. The parties agree that the transcript shall be provided with only one redaction, the physical street address of one witness. The parties acknowledge that the transcript was prepared in response to a request pursuant to the Freedom of Information Act (FOIA) from Plaintiff dated January 9, 2009. The parties further acknowledge and agree that although the transcript does not constitute a record of trial authenticated under Rule for Courts-Martial 1104, the Plaintiff agrees to accept the transcript with the understanding that the

Department of the Army represents and certifies, by this Stipulation and Settlement and Dismissal, that the transcript is a true and accurate representation of all open sessions of the court proceedings from arraignment to the closing of the court-martial.

3. Upon court approval of this Stipulation of Settlement and Agreement, Defendant will withdraw the Defendant's Answer filed in this case.

4. Defendant shall pay Plaintiff a lump sum of Two Thousand Five Hundred dollars and zero cents ($2,500.00) representing attorneys' fees and all costs incurred by Plaintiff in this matter, and the Defendant agrees to waive any claim for costs and expenses it would have against Plaintiff for search, production, transcription and copying charges and expenses related to the preparation of the transcript.

5. Payment of such attorneys' fees and all costs will be made by electronic funds transfer on the account of the United States as set forth in paragraph four pursuant to written instructions provided to Defendant's counsel by Plaintiff's counsel. Upon approval of this settlement agreement by the court, Defendant will promptly cause the documentation necessary to effectuate this payment to be completed and transmitted.

6. Plaintiff agrees to forever discharge, release, and withdraw any claims of access to records or portions of records sought in this action, specifically the audiotapes and any other transcripts and papers of the court-martial, and any and all documents in the possession or custody of the Department of the Army responsive to Plaintiff's FOIA request.

7. Plaintiff agrees that the release of the digital transcript satisfies all substantive disclosure issues associated with this Complaint and the Plaintiff's FOIA request.

8. This Stipulation of Settlement and Dismissal shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this

action, including full and complete satisfaction of all claims for costs and attorneys fees that have been, or could be, made in this case. In particular, this Stipulation of Settlement and Dismissal shall include all claims for attorneys' fees and costs incurred in connection with the administrative FOIA process, the District Court litigation process, and any other proceedings involving the claims raised in this action.

9. This Stipulation of Settlement and Dismissal shall not constitute an admission of liability or fault on the part of the Defendant or the United States or their agents, servants, or employees.

10. This Stipulation of Settlement and Dismissal shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

11. The parties agree that this Stipulation of Settlement and Dismissal will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant or the United States or any agency or instrumentality of the United States; except, if needed, to seek enforcement of the obligation to withdraw the Defendant's Answer filed in this lawsuit.

12. Execution of this Stipulation of Settlement and Dismissal by counsel for Plaintiff and by counsel for Defendant and filing with the Court, shall constitute a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

13. This Stipulation of Settlement and Dismissal may be executed in counterparts as if executed by both parties on the same document.

Respectfully submitted,

Ronald C. Machen, Jr., D.C. Bar # 447889
United States Attorney
the District of Columbia

- 4 -

|  |  |
|---|---|
|  | Rudolph Contreras, D.C. Bar # 434122<br>Chief, Civil Division |
| ___/s/_____<br>Eugene R. Fidell<br>Feldesman Tucker Leifer Fidell LLP<br>D.C. Bar # 112003<br>1129 20th Street N.W., 4th Floor<br>Washington, D.C. 20036<br>(202) 466-8960<br>efidell@ftlf.com | ___/s/_____<br>Claire M. Whitaker, D.C. Bar # 354530<br>Assistant United States Attorney<br>555 4th Street, N.W., E-4202<br>Washington, DC 20530<br>(202) 514-7137<br>Claire.whitaker@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

ORDERED, this 28th day of March, 2011, that Defendant's request to withdraw their Answer is approved and this action is dismissed with prejudice subject to the terms and conditions set forth herein.

_____
John D. Bates
United States District Judge